Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

__Middle__ District of __Florida__

__Orlando__ Division

|  |  |
|---|---|
| __Nakita Bonanza__ <br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br><br> __Walmart Inc__ <br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.  Do not include addresses here.)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☐ Yes ☐ No |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name    NAKitA Bonanza
Address    431 mary Ave
lakeHelen _____ FL ___ 32744
    _City_    _State_    _Zip Code_
County    Volusia
Telephone Number    321 - 261 - 2169
E-Mail Address    Keyshalay alty @ gmail. Com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name    Walmart Inc
Job or Title (if known)    wal mart stores Inc
Address    101 Howland Blvd
Deltona _____ FL ___ 32738
    _City_    _State_    _Zip Code_
County    Volusia
Telephone Number    407 - 328 - 8052
E-Mail Address (if known)

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name    _____
Job or Title (if known)    _____
Address    _____
    _____
    _City_    _State_    _Zip Code_
County    _____
Telephone Number    _____
E-Mail Address (if known)    _____

☐ Individual capacity    ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
    Name
    Job or Title *(if known)*
    Address

| | *City* | *State* | *Zip Code* |
|---|---|---|---|

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Address

| | *City* | *State* | *Zip Code* |
|---|---|---|---|

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Cilvil rights

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N|A

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Walmart engaged in a Breach of good faith and fair Dealing - also violation of civil right, and retaliation after plaintiff reported acts of discrimination to the EEOC. Plaintiff informed employment on several occasions. walmart then terminates Plaintiff in fabricated reasons

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

the events occured between the dates of may 8, 2024 - June 6, 2024 + August 15 2023 - may 9, 2024

B.    What date and approximate time did the events giving rise to your claim(s) occur?

Aug 17, 2023 @ 7:30 pm
may 8, 2024 @ 8:00 pm        walmart
June 6, 2024 @ 6:00 pm       101 Howland Blvd
                              Deltona FL 32738

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Gina and Adam Chang are both witness to the neglagent behavior of walmart toward the plaintiff. gina was willing to come foward but was told by members of managemet to keep queit. and Adam Chang a black man did not want to come forward due to retaliation. please read statement of releif for more details. Plaintiff also have recordings.

see attached Doc. 5.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. yes plaintiff has sustained Injuries related to the events such as mental pain and Suffering. the thought of not being able to provide for my 4 small children is devastating. and now on blood pressure medication due to the truma of loseing a Job that became a life line for my family. Plaintiff is still receiveing medical treatment, for blood pressure and mental Health.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Plaintiff is requesting money damages in the amount of $600,000 for lost wedges and pain and Suffering. Plaintiff is also seeking $500,000 punitive damages because with out my ~~job to~~ support my family it Put my children at risk. ~~Job to~~ So with out work there are no wedges, which cause a lot of angwish, and emotional destress. these are the basis for releif to me and my family.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    July 25, 2024

Signature of Plaintiff    _Nakita Bonanza_

Printed Name of Plaintiff    NAKitA Bonanza

### B.    For Attorneys

Date of signing:    7 - 25 - 2024

Signature of Attorney    _Nakita Bonanza_

Printed Name of Attorney    NAKitA Bonanza

Bar Number    N/A

Name of Law Firm    N/A

Address    431 Macy Ave
lakeHelen          Florida     32744
         *City*          *State*     *Zip Code*

Telephone Number    321 - 261 - 2169

E-mail Address    Keysha loyalty@gmail.com